IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| DAVID DROKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 02-1284-T/An |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER DENYING MOTION FOR LEAVE TO FILE RESPONSE

On September 8, 2005, the Commissioner filed a motion for leave to file a second response to the plaintiff's motion for an award of attorney fees. The motion is DENIED as moot. The Court entered an order awarding fees on September 6, 2005.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

9 September 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  9/13/05

39

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 1:02-CV-01284 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT